UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA ALLAN JACKSON,<br><br>                    Plaintiff,<br><br>     v.<br><br>JACK WARNER, et al.,<br><br>                    Defendant. | CASE NO. 2:21-cv-00474-RSM-BAT<br><br>**ORDER DENYING PLAINTIFF'S MOTION REGARDING ACKNOWLEGMENT OF SUMMONS** |

On June 11, 2021, the Court received a motion that Plaintiff submitted via United. States Postal Service. Dkt. 20. Plaintiff's motion requests the Court order Defendants to appear and "acknowledge why he did not respond to the summons served on him." *Id*.

The Court **DENIES** the motion because Plaintiff filed the motion in violation of the Court's order that he file all documents using the Prisoner E-Filing Initiative required under Court General Order 06-16. Dkt. 11. In the Court's Order, Plaintiff was advised pleadings he filed that were not filed in compliance with the e-filing requirement will be stricken. *Id.* The Court issued this advisement because every pleading that Plaintiff has filed has not conformed with the E-Filing Initiative, despite four notices by the clerk of court that the filings were improperly filed.

ORDER DENYING PLAINTIFF'S MOTION
REGARDING ACKNOWLEGMENT OF
SUMMONS - 1

Additionally, the Court directed service on May 6, 2021, and Defendants filed waivers of service of summons on June 4, 2021. Plaintiff's motion that Defendants have failed to properly respond is thus unfounded and lacks merit. The Court accordingly **ORDERS** Plaintiff's motion for failure to acknowledge, Dkt. 20, summons is **DENIED.**

DATED this 14th day of June 2021.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION
REGARDING ACKNOWLEGMENT OF
SUMMONS - 2