# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JOSHUA ALLAN JACKSON,

    Plaintiff,

v.

JACK WARNER, et al.,

    Defendant.

CASE NO. 2:21-cv-00474-RSM-BAT

**ORDER ALLOWING PLAINTIFF TO FILE REPLY**

By order dated June 21, 2021, the Court directed Defense counsel to file a response to Plaintiff's claim he is being barred from e-filing documents. Dkt. 25. Defense counsel has now filed a response. Dkt. 26. The Court hereby ORDERS:

Plaintiff may file a reply to the response (Dkt. 26) by **July 1, 2021**.

DATED this 24th day of June, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER ALLOWING PLAINTIFF TO FILE REPLY - 1