UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA ALLAN JACKSON, | CASE NO. C21-474 RSM-BAT |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JACK WARNER, et al., | |
| Defendants. | |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On July 7, 2021, Plaintiff filed a Motion to Dismiss Civil Complaint. Dkt. #38. Therein, Plaintiff indicates that "a compromise has been reached with Defendants" and that Plaintiff wishes for the complaint to "be dismissed with prejudice." *Id.* at 1.

At the time, Plaintiff had two motions pending before the Court, his Motion for Appointment of Counsel and to File Documents to the Court Through United States Mail Service (Dkt. #29) and his Motion for Order of Injunction and Restraining Order from Defendants (Dkt. #31). Plaintiff's motion seeking counsel was fully briefed and briefing on Plaintiff's motion seeking injunctive relief was nearly complete.

MINUTE ORDER – 1

1     In light of the Plaintiff's desire to dismiss this action, the parties are not well served by further briefing the pending motions and the Court will not consume its limited resources deciding motions which may become moot. Accordingly, the Court strikes the noting dates and terminates the motions. If necessary, the motions may be renoted.

    DATED this 8th day of July, 2021.

                                  RAVI SUBRAMANIAN, Clerk

                                  *s/Paula McNabb*
                                  By: Paula McNabb, Deputy Clerk

MINUTE ORDER – 2